**SANJAY S. SCHMIDT (State Bar No. 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1686 Second St., Suite 219
Livermore, California 94550
Telephone: (925) 215-7733
Facsimile:  (925) 455-2486
e-mail: sanjay.schmidt@gmail.com

*Attorneys for Plaintiff*,
JACK SMITH

**Susan E. Coleman (SBN 171832)**
E-mail:  scoleman@bwslaw.com
**Nathan A. Oyster (SBN 225307)**
E-mail:  noyster@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel: 213.236.0600; Fax: 213.236.2700

Attorneys for Defendants
CITY OF MODESTO, OFFICER DAVID WATSON
and OFFICER RANDALL W. BOLINGER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| **JACK SMITH,** | Case No. 1:14-CV-01285-LJO-MJS |
| Plaintiff, | **STIPULATED REQUEST FOR AN AMENDED SCHEDULING ORDER; ORDER THEREON** |
| vs. | |
| **CITY OF MODESTO, a municipal corporation, Modesto Police Department Officers DAVID WATSON (#11078), individually, and RANDALL W. BOLINGER (#10069), individually, and DOES 1 through 50, Jointly and Severally,** | |
| Defendants. | |

The parties respectfully submit the following Stipulation and Proposed Order:

**STIPULATED REQUEST FOR AMENDED SCHEDULING ORDER & [PROPOSED] ORDER**

1

## STIPULATION

**WHEREAS**, all parties to the above-entitled action, by and through their counsel of record, met and conferred recently regarding an extension of the non-expert discovery cut-off date;

**WHEREAS**, the current Scheduling Order (Dkt. 16) sets forth the following Discovery Deadlines and Expert Disclosure Deadlines:

| | |
|---|---|
| Non-Expert Discovery: | July 14, 2015 |
| Expert Discovery: | October 30, 2015 |

Expert Disclosure Deadlines:
| | |
|---|---|
| Filing: | August 18, 2015 |
| Supplemental: | September 15, 2015 |

**WHEREAS**, the parties have already completed a sizeable portion of the written discovery, but will need to address certain issues with the Magistrate Judge assigned to this matter concerning certain categories of discovery because the parties have reached an impasse. However, due to the trial schedules of counsel for the parties and due to other extraneous circumstances, there have been delays in counsel's ability to resolve these issues and proceed with the discovery. Accordingly, the depositions that were scheduled had to all be placed on hold, pending the resolution of the documents at issue. Based on these circumstances, the parties require additional time to complete the non-expert discovery in this matter. Additionally, the parties wish to attempt to accommodate the schedules of deponents as much as is practicable, so as to minimize the inconvenience to both deponents and to parties in completing the remaining depositions. However, this will also require additional time. In sum, reconciling the schedules of Defense counsel, Plaintiff's counsel, and the various lay witnesses, in order to both resolve the pending discovery and complete the depositions, requires additional time.

Based on the circumstances described above, the parties now respectfully and jointly request that the court issue an amended scheduling order, which maintains the same Non-Dispositive Motion and Dispositive Motion filing deadlines, as well as the same Pretrial

**STIPULATED REQUEST FOR AMENDED SCHEDULING ORDER & [PROPOSED] ORDER**

Conference and Jury Trial dates as previously ordered, but which extends **only** the discovery deadlines, as set forth below.

**WHEREFORE**, THE PARTIES HEREBY STIPULATE and respectfully request that the Court order that the Scheduling Order (Dkt. 16) be amended or modified to reflect the deadlines listed below:

Non-Expert Discovery: extended from July 14, 2015 to **September 14, 2015**;

Expert Discovery: extended from October 30, 2015 to **November 30, 2015**;

Expert Disclosure: Filing: extended from August 18, 2015 to **October 13, 2015**;

Supplemental Expert Disclosure: extended from September 15, 2015 to **November 17, 2015**;

All other deadlines, hearings, and the Pretrial Conference and Trial dates would remain as set.

Dated: April 27, 2015			Respectfully Submitted,

**LAW OFFICE OF SANJAY S. SCHMIDT**

*/s/ Sanjay S. Schmidt*
SANJAY S. SCHMIDT
*Attorneys for Plaintiff*
JACK SMITH

Dated: April 27, 2015			Respectfully Submitted,

**BURKE WILLIAMS & SORENSON**

*/s/ Nathan A. Oyster* (as authorized on 04/26/15)[1]
By: NATHAN A. OYSTER
*Attorneys for Defendants*,
CITY OF MODESTO, DAVID WATSON,
and RANDALL BOLINGER

---

[1] Pursuant to Local Rule 131(e), approval has been obtained from counsel to submit this document on counsel's behalf.

**STIPULATED REQUEST FOR AMENDED SCHEDULING ORDER & [PROPOSED] ORDER**

3

# ORDER

Having considered the parties' Stipulated Request for an Amended Scheduling Order and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulated Request is granted, as set forth in the Stipulation above:

The Scheduling Order (Dkt. 16) shall be amended to reflect the deadlines listed below:

1. The deadline to complete Non-Expert Discovery shall be extended from July 14, 2015 to **September 14, 2015**;

2. The deadline for Expert Disclosure shall be extended from August 18, 2015 to **October 13, 2015**;

3. The deadline for Supplemental Expert Disclosure shall be extended from September 15, 2015 to **November 17, 2015**;

4. The deadline for Expert Discovery shall be extended from October 30, 2015 to **November 30, 2015**; and,

5. All other deadlines, hearings, and the Pretrial Conference and Trial dates shall remain as set.

IT IS SO ORDERED.

Dated:   April 27, 2015            /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

**STIPULATED REQUEST FOR AMENDED SCHEDULING ORDER & [PROPOSED] ORDER**