.3
Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600; Fax: 213.236.2700

Attorneys for Defendants

Attorneys for Defendants
CITY OF MODESTO, OFFICER DAVID
WATSON and OFFICER RANDALL W.
BOLINGER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK SMITH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF MODESTO, a municipal corporation; Modesto Police Department Officers DAVID WATSON (#11078) and RANDALL W. BOLINGER (#10069), individually; and DOES 1 through 50, Jointly and Severally,<br><br>　　　　Defendants. | Case No. 1:14-cv-01285-LJO-MJS<br><br>**ORDER CONTINUING PRE-TRIAL DATES**<br><br>Hon. Michael J. Seng |

GOOD CAUSE APPEARING, based on the stipulation of the parties:

IT IS HEREBY ORDERED that the following deadlines are modified:

| **Deadline** | **Prior Date** | **New Date** |
|---|---|---|
| Non-Expert Discovery | September 14, 2015 | November 16, 2015 |
| Expert Discovery | November 30, 2015 | January 29, 2016 |
| Expert Disclosure | October 13, 2015 | December 14, 2015 |
| Supp. Expert Disclosure | November 17, 2015 | January 11, 2016 |

The motion deadlines, pre-trial, and trial dates set forth in the Court's Scheduling Order [Doc. No. 16] remain unchanged.

IT IS SO ORDERED.

Dated: __July 27, 2015__                 /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE