UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK SMITH,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF MODESTO, a municipal corporation, Modesto Police Department Officers DAVID WATSON (#11078), individually, and RANDALL W. BOLINGER (#10069), individually, and DOES 1 through 50, Jointly and Severally,<br><br>  Defendant. | No. 1:14-CV-01285-LJO-MJS<br><br>**ORDER RE: DISPOSITIVE DOCUMENTS AFTER NOTICE OF SETTLEMENT**<br><br>**DISPOSITIVE DOCUMENTS SHALL BE FILED WITHIN 30 DAYS .**<br><br>**(ECF. 29)** |

On November 20, 2015, Plaintiff, Jack Smith, notified the Court that this matter has settled in it's entirety . In accordance with the provisions of Local Rule 160 (Fed. R. Civ. P. 16), the Court now orders that all dispositive documents be submitted no later than 30 days from the date of this Order. If the parties conclude they cannot comply with this Order within the time allotted, they shall, before expiration of that time, file a request for extension and include therein their reasons for believing the Order cannot be complied with.

Failure to comply with this Order may be grounds for the imposition of sanctions against anyone who contributes to its violation.

1

ALL COURT DATES HERETOFORE SET IN THIS MATTER ARE HEREBY VACATED.

IT IS SO ORDERED.

Dated: November 23, 2015       /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE