1  Susan E. Coleman (SBN 171832)
   E-mail:  scoleman@bwslaw.com
2  Nathan A. Oyster (SBN 225307)
   E-mail:  noyster@bwslaw.com
3  Christopher T. Kim (SBN 279214)
   E-mail:  ckim@bwslaw.com
4  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
5  Los Angeles, CA  90071-2953
   Tel: 213.236.0600; Fax: 213.236.2700

6
   Attorneys for Defendants
7  CITY OF MODESTO, OFFICER DAVID
   WATSON and OFFICER RANDALL W.
8  BOLINGER

9                UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  JACK SMITH, | Case No.  1:14-cv-01285-LJO-MJS |
| 13             Plaintiff, | **ORDER DISMISSING THIS ACTION WITH PREJUDICE** |
| 14  v. | [FED. R. CIV P. 41(a)(1)(A)(ii)] |
| 15  CITY OF MODESTO, a municipal corporation; Modesto Police | *[Joint Stipulation filed concurrently herewith]* |
| 16  Department Officers DAVID WATSON (#11078) and RANDALL | |
| 17  W. BOLINGER (#10069), individually; and DOES 1 through | |
| 18  50, Jointly and Severally, | Hon. Lawrence J. O'Neill |
| 19             Defendants. | |

20
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

LA #4822-5682-8715 v1                           ORDER DISMISSING THIS ACTION WITH
                                                                    PREJUDICE

1  Pursuant to the Joint Stipulation To Dismiss This Action With Prejudice filed
2  by Plaintiff Jack Smith and Defendants City of Modesto, Officer David Watson,
3  and Officer Randall W. Bolinger, and Federal Rules of Civil Procedure, Rule
4  41(a)(1)(A)(ii), IT IS HEREBY ORDERED that the entire action including all
5  claims against Defendants City of Modesto, Officer David Watson, and Officer
6  Randall W. Bolinger is dismissed with prejudice.  Each party is to bear their own
7  attorneys' fees and costs.

**IT IS SO ORDERED**
**Dated: November 25, 2015**

                                                                                   /s/ Lawrence J. O'Neill
                                                    **United States District Judge**